**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
ANGELLOVE VASQUEZ,

               Petitioner,                17-CV-697 (VEC) (OTW)

               -against-                **ORDER**

STATE OF NEW YORK,

               Respondent.

------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge:**

WHEREAS the Court has become aware that Petitioner has been released from Fishkill Correctional Facility, it is hereby **ORDERED** that Respondent is directed submit a letter providing Petitioner's current address, if known, by **February 12, 2020**.

**SO ORDERED.**

Dated: February 6, 2020
      New York, New York

                                                     *s/ Ona T. Wang*
                                                     **Ona T. Wang**
                                                     United States Magistrate Judge